IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GOMEZ T. COOK,

    Petitioner,

v.                                                   CASE NO. 1:05-cv-00135-MP-AK

STATE OF FLORIDA,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 2, Motion for Leave to Proceed *in forma pauperis*, by Gomez T. Cook. Although Petitioner did not submit the required certification from a prison official in support of his motion, he did submit the six-month inmate account statement. A review of that statement reveals that he should have the funds to pay the $5.00 filing fee, in that his deposits for the last six months average more than $25.00 per month. Further review of Petitioner's petition will be deferred until the $5.00 filing fee is paid.

Accordingly, it is **ORDERED**:

1. Petitioner's motion to proceed *in forma pauperis*, Document 2, is **DENIED**.

2. Petitioner shall have until **September 16, 2005**, to submit the $5.00 filing fee to the Clerk of Court.

dockets.Justia.com

3.  **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this Court**.

**DONE AND ORDERED** this *12th* day of August, 2005.

        s/ A. KORNBLUM
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**